UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THEODORE BUSH | CIVIL ACTION NO. 08-0045 |
| VERSUS | JUDGE BEER |
| STANDARD FIRE INSURANCE COMPANY | MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion to Withdraw Motion for Summary Judgment filed by Defendant, The Standard Fire Insurance Company;

IT IS ORDERED that The Standard Fire Insurance Company's Motion for Summary Judgment be and is hereby withdrawn and that The Standard Fire Insurance Company reserves its right to bring the motion at a later time.

THUS DONE AND SIGNED this  18th  day of   September  , 2008 at New Orleans, Louisiana.

_____
JUDGE PETER BEER, UNITED STATES JUDGE
FOR THE EASTERN DISTRICT OF LOUISIANA